# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ISAAC MADRID, et al., | ) |
| Plaintiff, | ) Case No. 2:12-cv-00076-RLH-GWF |
| vs. | ) **ORDER** |
| CLARK COUNTY; MAITE AU QUIROGA, individually and as a Licensed Foster Parent of Adan Adrian Madrid, | ) |
| Defendants. | ) |

The undersigned United States Magistrate Judge for the District of Nevada hereby recuses himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned. Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a). Counsel for a party in this action has been appointed to the Merit Selection Panel regarding the undersigned's reappointment.

Based on the foregoing and good cause appearing therefor,

**IT IS ORDERED** that this matter shall be returned to the Clerk of the Court for random reassignment to another Magistrate Judge.

DATED this 8th day of February, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge