# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ISAAC MADRID, et al., )
)
        Plaintiff, )   Case No. 2:12-cv-00076-RLH-GWF
)
vs. )   **ORDER**
)
CLARK COUNTY; MAITE AU QUIROGA, )
individually and as a Licensed Foster Parent of )
Adan Adrian Madrid, )
)
        Defendants. )
_____)

      On February 8, 2013, the undersigned Magistrate Judge for the District of Nevada recused himself from the above-entitled matter in order to avoid the appearance of impropriety, in a proceeding in which his impartiality might reasonably be questioned.  Code of Judicial Conduct, Canon 3(E)(1) and 28 U.S.C. § 455(a).  The basis for the recusal having been eliminated, it is hereby withdrawn.  This action may be reassigned back to the undersigned for further proceedings.

      **IT IS SO ORDERED.**

      DATED this 14th day of February, 2013.

                                            _____
                                            GEORGE FOLEY, JR.
                                            United States Magistrate Judge