WALTER R. CANNON, ESQ.
Nevada Bar No.1505
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
OLSON, CANNON,
GORMLEY & DESRUISSEAUX
9950 West Cheyenne Avenue
Las Vegas, NV 89129
wcannon@ocgas.com
fgalati@ocgas.com
Telephone: 702-384-4012
Facsimile:  702-383-0701
Attorneys for Defendants
COUNTY OF CLARK, ANGELICA SANCHEZ,
STACY BREEN and TOM MORTON

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| TERESA ROMERO, individually and as Special Administrator of the Estate of ADAN ADRIAN MADRID (October 11, 2005 to May 26, 2009).<br><br>Plaintiffs,<br><br>vs.<br><br>MAITE AU QUIROGA, individually; ANGELICA SANCHEZ, individually and in her official capacity; STACY BREEN, individually and in his official capacity; TOM MORTON, individually and in his official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X; ROE CLARK COUNTY DEPARTMENT OF FAMILY SERVICES EMPLOYEES XI-XX; individually and in their official capacities; COUNTY OF CLARK EMPLOYEES, XI-XXX individually and in their official capacities;<br><br>Defendants. | Case No.: 2:11-cv-00755-MMD-GWF<br><br>(Consolidated with case 2:11-cv-00076-KJD-PAL)<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST THE CLARK COUNTY DEFENDANTS** |
| ISAAC MADRID, individually, and as Special Administrator of the Estate of ADAN ADRIAN MADRID (October 11, 2005 to May 26, 2009),<br><br>Plaintiff,<br><br>vs. | |

| | |
|---|---|
| MAITE AU QUIROGA, individually; ANGELICA SANCHEZ, individually and in her official capacity; TOM MORTON, individually and in his official capacity; COUNTY OF CLARK, a political subdivision of the State of Nevada; DOES I-X, individuals; ROE CORPORATION I-X; | |
| Defendants. | |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST THE CLARK COUNTY DEFENDANTS

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, through their respective counsel, that the above-entitled action brought by TERESA ROMERO, individually and as Special Administrator of the Estate of ADAN ADRIAN MADRID (October 11, 2005 to May 26, 2009) against Defendants COUNTY OF CLARK, ANGELICA SANCHEZ, STACY BREEN and TOM MORTON may be dismissed with prejudice, each party to bear their

. . . .

own fees and costs.

DATED this 20th day of May, 2013.        DATED this 21st day of May, 2013.

GANZ & HAUF                                OLSON, CANNON, GORMLEY
                                           ANGULO & STOBERSKI

_____/12607                         By:_____
MARJORIE HAUF, ESQ.                        WALTER R. CANNON, ESQ.
Nevada Bar No. 008111                      Nevada Bar No. 001505
8950 West Tropicana Avenue, Suite 1        FELICIA GALATI, ESQ.
Las Vegas, NV 89147                        Nevada Bar No. 007341
Attorney for Plaintiffs                    9950 West Cheyenne Avenue
                                           Las Vegas, NV 89129
                                           Attorneys for Defendants
                                           CLARK COUNTY, ANGELICA
                                           SANCHEZ, STACY BREEN and
                                           TOM MORTON

**ORDER**

**IT IS SO ORDERED** this __22nd__ day of __May__, 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

OLSON, CANNON, GORMLEY
ANGULO & STOBERSKI

By:_____
WALTER R. CANNON, ESQ.
Nevada Bar No. 001505
FELICIA GALATI, ESQ.
Nevada Bar No. 7341
9950 W. Cheyenne Avenue
Las Vegas, NV 89129
Attorney for Defendants
CLARK COUNTY, ANGELICA SANCHEZ,
STACY BREEN and TOM MORTON